IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2017 JUL -3 PM 1:07
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Plaintiff: Ernesto Mendoza

-vs-

Defendant(s): Marcus Ma MD

CASE NO: 3:17 CV 1403

JUDGE: JUDGE ZOUHARY
MAG. JUDGE JAMES R. KNEPP II

COMPLAINT

The Toledo University Medical Center
3000 Arlington Ave Toledo Ohio 43614

On July 3rd 2016 I was taken by Toledo Fire Department Ambulance to the University Medical Center I was paniilized and told my two doughter's and my son to take me home and give me water and I will be ok my son tooke me to St. Vincent's Mercy Hospital and the kept me and my 2 doughter and son asked the doctors if I could go home and told my doughter and son if he can walk on his own he can go home but he is not going home because he is parlized and they gave the treatment that I needed I spent (4) week's in the hospital and now I'm on disability The Toledo University Medical Center thrue me out and stated that I was intoxicated no D.N.A was performed

Ernesto Mendoza

419-205-6837

3425 Nebraska Ave APT #108

Toledo Ohio 43607

*Ernesto Mendoza* (signature)